# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, A.Y. MARKS, T.J STINSON**
**Appellate Military Judges**

### UNITED STATES OF AMERICA

**v.**

### VINCENT J. FLANNERY
### PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS

### NMCCA 201500378
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 14 August 2015.
**Military Judge:** LtCol E.H. Robinson, Jr., USMC.
**Convening Authority:** Commanding General, 3d Marine Logistics Group, Okinawa, Japan.
**Staff Judge Advocate's Recommendation:** Maj M. C. Evans, USMC.
**For Appellant:** LtCol Richard A. Viczorek, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

10 March 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental promulgating order will reflect that as to the sole specification under Charge IV, and Specifications 1, 2, 3, and 4 under Additional Charge III the appellant pled and was found guilty except for the words "a child under the age of sixteen years."

For the Court

R.H. TROIDL
Clerk of Court